**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NYCOLE A. BERKELEY, | |
| Plaintiff, | Case No.  5:23-cv-01442-BLF |
| v. | |
| IQ DATA INTERNATIONAL INC., and SOUTH STREET FAMILY APARTMENTS, L.P., d/b/a SOUTH HILLS CROSSING APARTMENT, | ~~PROPOSED~~  ORDER   FOR   AMENDED MOTION   TO   EXTEND   TIME   TO   FILE RESPONSE   TO   DEFENDANT'S   MOTION TO DISMISS |
| Defendants. | AS MODIFIED BY THE COURT |

Plaintiff, NYCOLE A. BERKELEY, by and through her counsel, having filed a Motion to Extend Time to Respond to Defendant IQ Data International Inc.'s Motion to Dismiss, and this Court having reviewed the same, hereby ORDERED:

1. The motion is approved. Plaintiff shall submit her response to Defendant's Motion to Dismiss through June 26, 2023.
2. Defendant shall submit its reply by no later than July 10, 2023.
3. This order TERMINATES ECF Nos. 20 and 22.

DATED:  June 7, 2023

_____
UNITED STATES DISTRICT JUDGE
BETH LABSON FREEMAN