# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NYCOLE A. BERKELEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IQ DATA INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-01442-BLF<br><br>**ORDER VACATING ALL DATES; TERMINATING MOTION TO DISMISS WITHOUT PREJUDICE; DIRECTING PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT BY AUGUST 25, 2023; AND ADMINISTRATIVELY CLOSING CASE**<br><br>[Re: ECF No. 27] |

　　　　Plaintiff has filed a Notice of Settlement, advising that a dismissal may be expected within 45 days. All dates are hereby VACATED. The pending motion to dismiss (ECF No. 18) is TERMINATED WITHOUT PREJUDICE. Plaintiff SHALL file a dismissal or status report by August 25, 2023.

　　　　The Clerk SHALL administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should the settlement not be finalized.

　　　　**IT IS SO ORDERED.**

Dated: July 11, 2023

_____
BETH LABSON FREEMAN
United States District Judge